BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCHITA LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>BUILDEX, INC., A California Corporation; and BUILDEX, INC. doing business as CLEANEX, INC.,<br><br>Defendants. | No.   CV 09 0271 EMC<br><br>**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the Case Management Conference scheduled for November 17, 2009 at 1:30 p.m. be continued for 90 days.

Plaintiffs have attempted to serve Defendant via substituted service on the registered agent for service of process. The mail has been returned to the Law Firm as undeliverable. To date, Defendant has not been served.

Based on the above, Plaintiffs respectfully request that the Case Management Conference

- 2 -

1  currently set for November 17, 2009 be continued for 90 days to allow time for Plaintiffs to
2  effectuate service on Defendant, and then allow Defendant time to answer the Complaint.
3        The above stated facts are set forth in the accompanying declaration of Kristina M. Zinnen
4  in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

5  Dated: November 10, 2009

6                           WEINBERG, ROGER & ROSENFELD
                            A Professional Corporation
7

8               By:        /s/
                    KRISTINA M. ZINNEN
9

10  [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

11        Based upon the foregoing Ex Parte Application to Continue Case Management Conference,
12  and Declaration of Kristina M. Zinnen in support thereof, the Court orders the continuance of the
13  case management conference for 90 days, or as soon thereafter as a court date is available.  In
14  addition, the Court Orders:   Case management conference reset for 2/17/10 at 2:30 p.m.  A joint
                                  CMC statement shall be filed by 2/10/10.  Plaintiff is ordered to
15                                serve a copy of this order upon defendants.

17  Dated: 11/12/09
                                   _____
18                                 The Honorable Edward M. Chen
                                   United States District Court

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. CV 09 0271 EMC