Case 3:09-cv-00271-TEH   Document 69   Filed 10/19/10   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

    Plaintiffs,

v.

BUILDEX, INC.,

    Defendant.

NO. C09-0271 TEH

ORDER GRANTING IN PART MOTION FOR DEFAULT JUDGMENT

    This case was reassigned to this Court following the filing of a report and recommendation by Magistrate Judge Edward M. Chen on September 30, 2010. No objections to the report and recommendation have been received, and the period for filing such objections has now expired. *See* Fed. R. Civ. P. 72(b)(2) (allowing fourteen-day period for filing objections). The Court has reviewed the report and recommendation and the record in this case, and it agrees with Judge Chen's recommendation. Accordingly, with good cause appearing, Plaintiffs' motion for default judgment is GRANTED IN PART in accordance with Judge Chen's September 30, 2010 report and recommendation. Plaintiffs shall serve a copy of this order on Defendant Buildex, Inc.

    IT IS FURTHER ORDERED that Plaintiffs shall conduct their audit and file a further motion for default judgment on or before **January 10, 2011.**

**IT IS SO ORDERED.**

Dated: 10/19/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT